IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

RACHAEL BYINGTON and      )
DAMIAN SHEELEY,           )
                          )
   Plaintiffs,            )
                          )     CIVIL ACTION NO.
   v.                     )      3:12cv785-MHT
                          )         (WO)
STATE FARM FIRE AND       )
CASUALTY COMPANY,         )
                          )
   Defendant.             )

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 19), it is the ORDER, JUDGMENT, and DECREE of the court that this cause, including all claims and counterclaims, is dismissed in its entirety, with prejudice and with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 9th day of September, 2013.**

                                   **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**